PER CURIAM.

(No. 6990)

THE AUGUSTANA NURSERY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 9, 1973.*

THE AUGUSTANA NURSERY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Per Curiam.